## CUNNINGHAM et v EDWARD

Ohio Appeals, 9th Dist, Summit Co

Decided March 11, 1936

Isadore L. Margulis, Columbus, for plaintiffs in error.

D. Curtis Reed, Columbus, and E. M. Tuttle, Columbus, for defendant in error.

Deibel, Price & Elbrecht, Cleveland, Jos. G. Ehrlich, Cleveland, and Slabaugh, Seiberling, Huber & Guinther, Akron, for plaintiff in error.

Lewis D. Slusser, Akron, for defendant in error.

For full opinion see 6 OO 98; 52 Oh Ap 61.